

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RAB/LAB
F. #2023R00527

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2024

<u>By Email and ECF</u>

Vinoo P. Varghese
Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005

    Re:  United States v. Christopher Terranova
        <u>Criminal Docket No. 23-CR-516 (KAM)</u>

Dear Counsel:

  Below is the government's list of anticipated witnesses.

- John Doe #1
- John Doe #2
- John Doe #3
- John Doe #3's Father
- John Doe #4
- John Doe #4's Mother
- Ashley Cummings, FBI
- NYPD Custodian(s) [TBD]
- Jeremy Orenstein, NYPD
- John Orecchia, NYPD
- Silda Kokomeci, NYPD
- Manuel Chang, NYPD
- UC I5092, NYPD
- Various Record Custodians [TBD]

      The government reserves the right to supplement or modify this list. Should there be any changes to the list, the government will provide a revised list promptly.

Very truly yours,

BREON PEACE  
United States Attorney

By:    /s/  
        Rachel A. Bennek  
        Lauren Bowman  
        Assistant U.S. Attorneys  
        (718) 254-6140/6047

cc:    Clerk of the Court (KAM) (by ECF)